NOT FOR PUBLICATION OR CITATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE

CIVIL ACTION NO. 05-CV-152-KKC

JAY TANIGUCHI                                                                                    PETITIONER

VS.         **MEMORANDUM OPINION AND ORDER**

THE FEDERAL BUREAU OF PRISONS                                                RESPONDENT

Jay Taniguchi, an inmate at the United States Penitentiary-Big Sandy in Inez, Kentucky, brings this action pursuant to 28 U.S.C. §2241. The petitioner alleges that under 18 U.S.C. §3624(b), he is entitled to receive credit toward service of his sentence of up to 54 days per year. However, he complains that, based upon 28 C.F.R. §523.20 and the Bureau of Prisons Program Statement 5880.28, he is receiving credit of only 47 days per year. The petitioner claims that because of the BOP's allegedly erroneous method of calculation, he has been shorted good time credits.

The BOP's method of calculating good time credits has been upheld. *Mujahid v. Daniels*, --- F.3d ---; 2005 WL 1522808 (9th Cir. (Or.) June 27, 2005); *Yi v. Federal Bureau of Prisons*, --- F.3d ---; 2005 WL 1413897 (4th Cir. (Va.) June 17, 2005); *Sample v. Morrison*, 406 F.3d 310 (5th Cir. March 22, 2005); *O'Donald v. Johns,* 402 F.3d 172 (3rd Cir. March 22, 2005); *Perez-Olivo v. Chavez,* --- F.3d ----, 2005 WL 31913 (1st Cir. (Puerto Rico) Jan. 7, 2005) (NO. 04-1486) (noting that "The Sixth Circuit has also upheld the BOP's method of calculation in two unpublished opinions. *Brown v. Hemingway*, 53 Fed. Appx. 338 (6th Cir. 2002); *Williams v. Lamanna*, 20 Fed. Appx. 360 (6th Cir. 2001)"); *White v. Scibana*, 390 F.3d 997 (7th Cir. Dec. 2, 2004); *Esposito v. Ashcroft*, 2005 WL

1

119872 (N.D.W.Va. Jan. 14, 2005); *Carter v. Jeter*, 2005 WL 65960 (N.D. Tex. Jan. 11, 2005)(NO. CIV.A. 404CV0729Y); *Whitfield v. Hollingsworth*, 2004 WL 3049763 (D.Minn. Dec. 30, 2004) (NO. CIV. 04-2730 PAM/JSM).

Accordingly, **IT IS HEREBY ORDERED** as follows:

(1) Petitioner's request for a writ of habeas corpus is **DENIED.**

(2) This action is **DISMISSED** with prejudice.

(3) This is a **FINAL** and **APPEALABLE** Order, and there is no just cause for delay.

(4) The Court certifies that any appeal would not be taken in good faith. 28 U.S.C. §1915(a)(3); *McGore v. Wrigglesworth*, 114 F3d. 601, 610-11 (6th Cir. 1997); *Kincade v. Sparkman*, 117 F.3d 949 (6th Cir. 1997).

This the 14th day of July, 2005.

**Signed By:**
*Karen K. Caldwell*  KKC
**United States District Judge**

2